UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLANDO LEYVA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>CHECKR, INC.,<br><br>                    Defendant. | 25-CV-9461 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff selected White Plains as the courthouse assignment for this matter. ECF No. 2.

Plaintiff is directed to consult the Rules for the Division of Business Among District Judges –

Southern District of New York and file a letter, no later than December 15, 2025, explaining the

basis for this selection.

Dated:  December 3, 2025
        New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge